UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LAURI A. BUCHANAN, as Co-Administrator for
the Estate of CYDNEY BUCHANAN, Minor,
Deceased,
               Plaintiffs,

v.

FREDERICK R. HESSE, M.D.; BRYAN
QUACKENBUSH, R.N.; LISA SCHALKHAM;
RUNDA NESHEIWAT; LIBERTY
MANAGEMENT, INC. d/b/a ARMS ACRES,
INC., and ARMS ACRES, INC,
               Defendants.
-----------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

18 CV 1566 (VB)

    The Court has been advised that plaintiff and defendants Bryan Quackenbush, Lisa Schalkham, Runda Nesheiwat, Liberty Management Inc. d/b/a Arms Acres Inc., and Arms Acres, Inc., have reached a settlement of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Bryan Quackenbush, Lisa Schalkham, Runda Nesheiwat, Liberty Management Inc. d/b/a Arms Acres Inc., and Arms Acres, Inc., only. Any application to restore the action must be made by no later than May 18, 2020. To be clear, any application to restore the action must be filed by May 18, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    The Clerk is instructed to terminate defendants Bryan Quackenbush, Lisa Schalkham, Runda Nesheiwat, Liberty Management Inc. d/b/a Arms Acres Inc., and Arms Acres, Inc. from the docket.

Dated: March 18, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge