UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LAURI A. BUCHANAN, as Co-Administrator for :
the Estate of CYDNEY BUCHANAN, Minor, :
Deceased, :
                Plaintiff, : **ORDER**
                :
v. : 18 CV 1566 (VB)
                :
FREDERICK R. HESSE, :
                Defendant. :
--------------------------------------------------------------x

       As discussed at a telephone conference held today and attended by counsel for both parties, it is HEREBY ORDERED:

       1.     Defendant's motion for summary judgment is due June 16, 2020.

       2.     Plaintiff's opposition to defendant's motion is due July 16, 2020.

       3.     Defendant's reply, if any, is due July 30, 2020.

       4.     By May 15, 2020, defendant's counsel shall write a letter on behalf of both parties providing a status report on the parties' efforts to settle this case and how the Court can assist the parties in those efforts, such as referring them to a Magistrate Judge or SDNY Court-annexed mediation.

Dated: April 16, 2020
       White Plains, NY                 SO ORDERED:

                                                       _____
                                                       Vincent L. Briccetti
                                                       United States District Judge