UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER BUCHANAN as Attorney-in-Fact for LAURI A. BUCHANAN, as Co-Administrator for the Estate of CYDNEY BUCHANAN, a Minor, Deceased,

                        Plaintiff,

        -against-

FREDERICK R. HESSE, M.D.,
                      Defendant.
------------------------------------------------------------X

18 **CIVIL** 1566 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2021, Dr. Hesse's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         February 22, 2021

                                                  RUBY J. KRAJICK

                                                  Clerk of Court
                          BY:
                                                  **Deputy Clerk**